Timothy Stubson, Bar No. 6-3144
Crowley Fleck, PLLP
152 N. Durbin, Suite 220
Casper, WY 82601
Phone: 307.265-2279
tstubson@crowleyfleck.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DATS TRUCKING, INC. a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>RED EAGLE OIL, INC. a Wyoming corporation; BRYAN HINZE, individually, a resident and citizen of Wyoming; and DALE HINZE, individually, a resident and citizen of Wyoming<br><br>Defendants. | Case No.: 11CV0193-F |

## STIPULATED DISMISSAL

COME NOW Plaintiff and Defendants, Bryan Hinze and Dale Hinze and pursuant to Rule 41(A)(ii) and do hereby provide this Stipulated Dismissal of the claims between them in above captioned matter.

The Defendants, Bryan Hinze and Dale Hinze filed for federal bankruptcy protection and that filing stayed the claims against them in this case. The liability claimed by Plaintiff against Defendants Bryan Hinze and Dale Hinze has been discharged in bankruptcy and therefore the parties hereby:

STIPULATE that the above captioned action as it relates to Bryan Hinze and Dale Hinze is hereby dismissed with prejudice with each side to bear its own costs.

DATED this 13th day of August, 2012.

    /s/ Timothy M. Stubson
TIMOTHY M. STUBSON (Atty # 6-3144)
Crowley Fleck, PLLP
152 North Durbin, Suite 220
Casper, WY 82601
Attorney for Plaintiff

    /s/ Larry B. Jones
Larry B. Jones (Atty # 5-1847)
Burg, Simpson, Eldredge, Hersh & Jardine, PC
1135 14th Street
P.O. Box 490
Cody, WY 82414-0490
Attorney for Defendants